[No. 5256.　Decided April 20, 1905.]

WASHINGTON SECURITIES INVESTMENT COMPANY, *Respondent*, v. THOS. F. FLYNN *et al.*, *Appellants*.1

Appeal from a judgment of the superior court for King county, Griffin, J., entered January 12, 1904.　Affirmed.

*Root, Palmer & Brown*, for appellants.

*James B. Murphy*, for respondent.

PER CURIAM.—All the questions involved in this case were decided adversely to appellant in *Denny v. Spurr, ante* p. 347, 80 Pac. 541, and in cases therein cited.

The judgment will be affirmed.